Form B 250B (12/09)

# United States Bankruptcy Court
## Northern District Of Ohio

In re Victoria Elder, ) Case No. 04-53061
       Debtor )
) Chapter 7
Anne Piero Silagy )
      Plaintiff )
)
      v. ) Adv. Proc. No. 10-05023
)
Victoria Elder )
      Defendant )

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: U S BANKRUPTCY COURT
2 S MAIN ST #455
AKRON OH 44308

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: John J Rutter
Roetzel & Andress, LPA
222 S. Main Street
Akron, OH 44308

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address: U S BANKRUPTCY COURT
2 S MAIN ST #260
AKRON OH 44308

Room: 260
Date and Time:
4/7/2010 at 03:45 PM

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth J. Hirz (Clerk of the Bankruptcy Court)

Date: 2/25/10    By: /s/ Montandon (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, John J. Rutter, Esq. _____ (name), certify that service of this summons and a copy of the complaint was made March 1, 2010 _____ (date) by:

- ☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Victoria Elder
    1582 Norledge Rd.
    Akron, OH 44305

    Victoria Elder
    2565 Newton St.
    Akron, OH 44305

    Warner Mendenhall, Esq.
    Attorney for Debtor
    190 N. Union St., #201
    Akron, OH 44304

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date March 1, 2010

Signature /s/ John J. Rutter

Print Name: John J. Rutter

Business Address: Roetzel & Andress, 222 S. Main St.

Akron, OH 44308